■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHERMAN ADAMS, Appellant. [632 NYS2d 482] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rotker, J.), rendered September 8, 1993, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to prove his identity beyond a reasonable doubt is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), it is legally sufficient to support the defendant's conviction. Moreover, resolution of issues of credibility and the weight to be accorded to the evidence presented are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence *(see,* CPL 470.15 [5]). Balletta, J. P., Rosenblatt, Ritter and Pizzuto, JJ., concur.